UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN D. MAYBIN,

    Plaintiff,

v.                                              Case No. 05-CV-74006-DT
                                               Honorable Avern Cohn

JO MAYSTEAD,

    Defendant.
_____/

## JUDGMENT OF DISMISSAL

For reasons stated in the Court's Order of Dismissal entered and filed this date, plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

                                                                    DAVID WEAVER
                                                                      CLERK OF THE COURT

                                                          By: _s/Diane Opalewski_____
                                                                      Deputy Clerk

Dated at Detroit, Michigan
this14th day of November, 2005